# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MELODIE DAWN PINNER,

    Plaintiff,

v.

BARNES, *et al.*,

    Defendants.

Case No.: 2:24-cv-00301-APG-NJK

**Order**

[Docket No. 26]

Pending before the Court is Plaintiff's motion to extend time to serve Defendant Moon Kim, Docket No. 26, which is **GRANTED.**

Accordingly, Plaintiff's deadline to serve Defendant Kim is extended to September 15, 2025. The Clerk's Office is **INSTRUCTED** to send Plaintiff a copy of the USM-285 form.

IT IS SO ORDERED.

Dated: July 16, 2025

Nancy J. Koppe
United States Magistrate Judge