# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MELODIE DAWN PINNER,

    Plaintiff(s),

v.

BARNES, et al.,

    Defendant(s).

Case No. 2:24-cv-00301-APG-NJK

**ORDER**

[Docket No. 42]

Plaintiff filed a notice regarding an interest in possible settlement. Docket No. 42. Unless a mediation or settlement conference is scheduled, settlement discussions take place <u>directly between the parties and counsel</u> and do not involve the Court. The Court STRIKES the notice at Docket No. 42.

IT IS SO ORDERED.

Dated: August 12, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1