# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MELODIE DAWN PINNER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MICHAEL BARNES et al.,<br><br>　　　　Defendants. | Case No. 2:24-cv-00301-APG-NJK<br><br>**ORDER**<br><br>[Docket No. 38] |

Pending before the Court is Plaintiff's motion to update the names of Defendants.[1] Docket No. 38. No response has been filed. Accordingly, the motion to update is **GRANTED** as unopposed. *See* Local Rule 7-2(d).

The Clerk's Office is **INSTRUCTED** to update the docket in that (1) Barnes is changed to Michael Barnes; (2) Moon Kim is changed to Mun H. Kim Jr.; (3) Bateman is changed to Johnathon Bateman; (4) Ruch is changed to James N. Ruch; (5) Toby is changed to Tobey D. Morris.

On July 16, 2025, the Court entered an order extending the deadline to serve Defendant Kim. Docket No. 31. Plaintiff is **REMINDED** that the deadline to effectuate service as to Defendant Mun H. Kim Jr. is September 15, 2025.

IT IS SO ORDERED.

Dated: September 3, 2025

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] The Court liberally construes the filings of *pro se* litigants, particularly those who are prisoners bringing civil rights claims. *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).

1