# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MELODIE DAWN PINNER,<br><br>　　Plaintiff,<br><br>v.<br><br>MICHAEL BARNES, et al.,<br><br>　　Defendants. | Case No. 2:24-cv-00301-APG-NJK<br><br>**Order**<br><br>[Docket No. 45] |

　　Pending before the Court is Plaintiff's request for production of documents.[1] Docket No. 45. Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. *See, e.g.*, Local Rule 26-7; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and **INSTRUCTS** the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

　　IT IS SO ORDERED.

　　Dated: September 4, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] The Court liberally construes the filings of *pro se* litigants, particularly those who are prisoners bringing civil rights claims. *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).

1