UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MELODIE DAWN PINNER,

    Plaintiff,

v.

MICHAEL BARNES, et al.,

    Defendants.

Case No. 2:24-cv-00301-APG-NJK

**ORDER**

[Docket No. 46]

Pending before the Court is Plaintiff's motion for reconsideration.[1] Docket No. 46. Defendants filed a response in opposition. Docket No. 49. Plaintiff did not file a reply. The Court does not require a hearing. *See* Local Rule 78-1. On August 12, 2025, the Court denied Plaintiff's earlier motion for appointment of counsel, holding that Plaintiff had not demonstrated exceptional circumstances. Docket No. 43.

"Reconsideration is an extraordinary remedy, to be used sparingly." *Koninklijke Philips Elecs. N.V. v. KXD Tech., Inc.*, 245 F.R.D. 470, 472 (D. Nev. 2007) (citation and internal quotations omitted). The Local Rules provide the applicable standards in addressing whether the Court should reconsider an interlocutory order, indicating that reconsideration may be appropriate if (1) there is newly discovered evidence that was not available when the original motion or response was filed, (2) the Court committed clear error or the initial decision was manifestly unjust, or (3) there is an intervening change in controlling law. Local Rule 59-1(a).

Plaintiff's current motion rehashes her arguments that it is difficult to litigate this case as a prisoner. *See* Docket No. 46. The Court already considered that argument and rejected it as

---

[1] The Court liberally construes the filings of *pro se* litigants, particularly those who are prisoners bringing civil rights claims. *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).

1

insufficient to grant the relief sought. Docket No. 43 at 1-2. No ground has been presented to reconsider that ruling.

Accordingly, the Court **DENIES** Plaintiff's motion for reconsideration. Docket No. 46.

IT IS SO ORDERED.

Dated: September 8, 2025

                                                                                                     Nancy J. Koppe
                                                                                                     United States Magistrate Judge