**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MELODIE DAWN PINNER,

    Plaintiff,

v.

MICHAEL BARNES, et al.,

    Defendants.

Case No. 2:24-cv-00301-APG-NJK

**Order**

[Docket No. 53]

Pending before the Court is Plaintiff's motion to extend time to serve Defendant Mun H. Kim, Jr., Docket No. 53, which is **GRANTED**.

Accordingly, Plaintiff's deadline to serve Defendant Kim is extended to November 14, 2025. The Clerk's Office is **INSTRUCTED** to send Plaintiff a copy of the USM-285 form.

IT IS SO ORDERED.

Dated: September 17, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1