1   *
   BRENT L. RYMAN, ESQ. (#008648)
2   ERICKSON, THORPE & SWAINSTON, LTD.
   1885 South Arlington Ave., Suite 205
3   Reno, Nevada 89509
   Telephone: (775) 786-3930
4   *Attorneys for Defendants SGT. M. BARNES, ROMMEL*
   *BALONOSE, BRIAN AQUIANO, JAIMESON*
5   *HANDCOCK, WILLIAM FERGASEN, BATEMAN,*
   *ANDERSON, P.A. RUCH and TOBY*

6

7

8

9

10            IN THE UNITED STATES DISTRICT COURT

11               FOR THE DISTRICT OF NEVADA

12

13

14  MELODIE PINNER,
                           Case No.: 2:24-cv-00301-APG-NJK
15        Plaintiff,

16  vs.                     **STIPULATION AND ORDER FOR**
                           **DISMISSAL WITH PREJUDICE**
17  SGT. M. BARNES, MOON KIM, ROMMEL
   BALONOSE, BRIAN AQUIANO, et al.,
18

19         Defendants.
   _____/

20      COMES NOW, Defendants, named herein as SGT. M. BARNES, ROMMEL

21  BALONOSE, BRIAN AQUIANO, JAIMESON HANDCOCK, WILLIAM

22  FERGASEN, BATEMAN, ANDERSON, P.A. RUCH and TOBY, by and through their

23  Attorneys of Record, ERICKSON, THORPE & SWAINSTON, LTD., and BRENT L.

24  RYMAN, ESQ., and Plaintiff, MELODIE PINNER, *in pro se*, and hereby stipulate that the

25  above-entitled action may be dismissed in its entirety, with prejudice, with all parties to bear

26  their own court costs and attorney's fees.

27  ///

28  ///

1     DATED this 16th day of November, 2025. _DECEMBER_

2                ERICKSON, THORPE & SWAINSTON, LTD.

3

4                BRENT L. RYMAN, ESQ. (#008648)

5                ERICKSON, THORPE & SWAINSTON, LTD.
                 1885 South Arlington Ave., Suite 205

6                Reno, Nevada 89509
                 Telephone: (775) 786-3930

7                *Attorneys for Defendants SGT. M. BARNES,*
                 *ROMMEL BALONOSE, BRIAN AQUIANO,*

8                *JAIMESON HANDCOCK, WILLIAM*
                 *FERGASEN, BATEMAN, ANDERSON, P.A.*

9                *RUCH and TOBY*

10   ///

11   ///

12     DATED this 24 day of November 2025.

13

14            By _____

15                MELODIE PINNER
                 *Plaintiff, In Proper Person*

16   ///

17

18                   **ORDER**

19     Upon good cause appearing,

20 IT IS SO ORDERED:

21 Dated: December 17, 2025

22

23                ANDREW P. GORDON

24                CHIEF UNITED STATES DISTRICT JUDGE

25

26

27

28

ERICKSON, THORPE &
SWAINSTON, LTD.                          2